IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, et al., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS DIDIANO & SON, INC., <br> Defendant. | Civil Action No. 10-0215 <br><br> Honorable Gary L. Lancaster |

## ORDER OF COURT

AND NOW, this 24th day of June, 2010, upon consideration of Plaintiff's Motion to Postpone Case Management Conference, IT IS HEREBY ORDERED that the motion is GRANTED. The conference of June 23, 2010 is postponed to Friday, July 30, 2010 at at 1:30 p.m..

_____
The Honorable Gary L. Lancaster
Chief United States District Judge