IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LABORERS COMBINED FUNDS OF WESTERN )
PENNSYLVANIA, as agent for PAUL )
QUARANTILLO, and JOHN C. BUSSE, )
trustees ad litem, LABORERS' ) Civil Action No. 10-0215
DISTRICT COUNCIL OF WESTERN )
PENNSYLVANIA WELFARE AND PENSION )
FUNDS, THE CONSTRUCTION INDUSTRY )
ADVANCEMENT PROGRAM OF WESTERN PA )
FUND and the LABORERS' DISTRICT COUNCIL )
OF WESTERN PENNSYLVANIA and its affiliated )
local unions, )
              Plaintiff, )
)
      v. )
)
THOMAS DIDIANO & SON, INC., )
)
             Defendant. )

## CONSENT JUDGMENT

AND NOW, this 5th day of January, 2011, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Defendant Thomas Didiano & Son, Inc. in the amount of $17,635.03, plus additional interest from November 30, 2010. Payments will be made on this judgment as follows:

| | | |
|---|---|---|
| January 20, 2011 | - | $900.00 |
| February 20, 2011 | - | $900.00 |
| March 20, 2011 | - | $900.00 |
| April 20, 2011 | - | $900.00 |
| May 20, 2011 | - | $900.00 |
| June 20, 2011 | - | $900.00 |
| July 20, 2011 | - | $900.00, plus additional interest from November 30, 2010 |

Defendant agrees to submit future monthly remittance reports and payments within no more than 15 days of the date on which such reports and payments become due to the Funds.

As long as the above conditions are met, Plaintiff will take no action to execute upon this judgment and will satisfy the judgment upon timely payment of all installment and current reports through July 20, 2011. In the event that the discrepancy currently valued by Plaintiff at $567.12 is mutually determined to be in error, Plaintiff will apply an appropriate credit against

{21246.02/546785:}

the payments set forth above.

Consented To:

_____
Jeffrey J. Leech
Attorney for Plaintiff

_____
Ross A. Giorgianni
Attorney for Defendant

LIT:492750-1 000004-010359

_____
United States District Judge

DATED: 1-7-11